JAMIE LEE BLEDSOE 06-14-00138-CR IN THE SIXTH COURT
VS 12-0374X OF APPEAL
THE STATE OF TEXAS Sixth Appellate District

RECEIVED IN
The Court of Appeals
Sixth District

JUN 15 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JUN 15 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## MOTION REQUESTING REVIEW OF CERTIFIED STATE CRIMINAL LAW QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:
NOW COME'S THE APPellate IN THE ABOVE
AND NUMBERED CAUSE'S, AND RESPECTfully
REQUEST THIS HONORABLE COURT TO REVIEW
THE CERTIFIED STATE CRIMINAL LAW QUESTIONS
OF LAW AND FACT, That WAS ENACTED by
The LEGislature under the STATUTE OF PENAL CODE
12.42 (a) (2) AMENDED TO 12.425 (b).
FOR THE REASON'S ALLEGED ABOVE APPELLate will
SHOW THE FOLLOWING.

A.

APELLate was charged and convicted FOR A STATE
Jail Felony Punishable under 12.35 (a) for the offense
of BURGLARY OF a Building Punished by Confinement
in a STATE Jail for any term of not more than
two Year. or Less than 180 days

B.

THE STATE ENHanced the Conviction under Penal Code
12.425 (b) that was AMENDED from Penal Code
12.42 (a) (2) by use OF TWO Subsequent Previous
Conviction, One Of the Previous subsequent Conviction
was a NON STATE Jail Felony on Cause NO. 99-0124X
The other subsequent they used was a Previous
State Jail Felony Punishable under 12.35 (a) on Cause
NO. D8D177X that was Previous enhanced under
former Penal Code 1242 (a) (2) Now amended to
12.425 (b)

Page 1

# Discussion

Bledsoe respectfully request's this HONORABLE Court to make reference in there opinion as to the certified state criminal Law Question's below.

## STATE CRIMINAL Law Question

NO 1. Do the Legislature Permit State Jail felony's Punishable under 12.35 (a) Penal code" that was Previous enhanced under former Penal Code 12.42 (a)(a) to a second degree felony" to be reused again as a second degree felony with a non state Jail felony as a subsequent felony conviction to re enhance another State Jail felony Punishable under 12.35 (a) to the equivalent of a second degree Punishment under the repeat and Habitual offender under Penal code section 12.425(b)

foot Note

\* Penal code 12.425 (b) "Specifically" refer's to two felonies other than a state Jail felony Punishable under 12.35 (a).

NO 2. Do a Penal code offense Lose's it's Character due to a enhancement and be modify and enacted by a Judical Court (see v-6-P9-24-Line 24-25-P9 25-1-6

NO.3. Can a Judical Court Construe(mis) the Language set out in a Penal code and enact there Language without the Legislature approval.

NO.4. Can a State Court Convict under one Statute of Law" acess Punishment under another statute of Law, and then use the Punishment that was acessed under the opposing statute, and then re use it as a final Conviction offense, and use it as a subsequent felony to re enhance.

NO.5. Do our constitution require all of the Citizen's of the United State's Equal Protection & Due Process of Law's that was enacted by the Legislature

Page 2

6. Did Bledsoe recieve ineffective Assistance of Counsel on appeal when his attorney fail to first inform Bledsoe of his intention, and give Bledsoe the opportunity to either withdraw the appeal due to his ANDER's Brief, in order to try to either hire a attorney or make a timely request for appointment of Attorney to argue the merits of the appeal.

"Quote"

The Legislature explicitly provided for certain forms of multiple enhancements" of state Jail felonies. further, if the Legislature had intended that a non-aggravated state Jail felony be eligible for enhancement under 12.42 (a)(2) "former" or 12.425.b "Present", it is likely that it would have clearly said so, as it did with aggravated state Jail felonies.

The 71st Judicial Court abuse its discretion by improperly applying the Laws Contrary to the Legis... lature intent, And due to the facts of this mistake of the law Bledsoe is repeatly suffering from a miscarriage of Justice.

Statutes Rules and Regulation are the document that spell out the Laws of this State, the Country or a Particular agency. Case decisions show how these Laws get interpreted, but the Starting point is the actual law itself found in a statute, rule or regulation.

PRAYER.

WHERE FORE, PREMISE, Considered, Appellant Pray, this Honorable Court would Review the Cert.. ified State Criminal Law Question: and make reference in their Opinion as to the Law's and fact, and any other relief deem Proper

Respectfully Submitted
Jaimie Lee Bledsoo

Page 3

## Certificate of Service

I, Jamie Lee Bledsoe, certify under Penalty of Perjury that a true and correct Copy of the motion Requesting Review of Certified State Criminal Law Questions have been Provided to Clerk; DEBRA K. AUTREY. Of the Court of Appeals Sixth Appellate District at the BI-STATE Justice Building at 100 NORTH State Line Avenue #20 Texarkana, TX 75501 On This day Of June 9th 2015.

Jamie Lee Bledsoe